**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND CHALIA, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>HEMANGI AND BHARTI CORP. DBA COURTYARD MOTEL, a corporation, et al.<br><br>　　　　　　Defendants. | CASE NO.: 2:23-cv-01302-FLA (PDx)<br><br>**ORDER GRANTING STIPULATION TO REMAND TO LOS ANGELES SUPERIOR COURT [DKT. 9]** |

　　　On March 17, 2023, the Parties filed a Stipulation to Remand to Los Angeles Superior Court.

　　　The court, having considered the Parties Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　1.　　This case is remanded to Department 19 of the Los Angeles Superior Court before Hon. Stephanie Bowick as Case No. 21STCV23846 ("State Court").

/ /

/ /

2. Plaintiffs will give notice.

IT IS SO ORDERED.

Dated: March 23, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge